# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED AUGUST 11, 2021

## NO. 03-21-00285-CV

**Carlos Vargas, Appellant**

**v.**

**John William Wittman, Appellee**

**APPEAL FROM THE 22ND DISTRICT COURT OF HAYS COUNTY**
**BEFORE JUSTICES BYRNE, TRIANA, KELLY**
**DISMISSED ON APPELLANT'S MOTION -- OPINION BY JUSTICE TRIANA**

This is an appeal from the interlocutory order signed by the trial court on July 20, 2021. Appellant Carlos Vargas has filed a motion to dismiss the appeal, and having considered the motion, the Court agrees that the motion should be granted. Therefore, the Court grants the motion and dismisses the appeal. Vargas shall pay all costs relating to this appeal, both in this Court and in the court below.